SALO M. GROSS, Respondent, v. LOWELL CAB CORPORATION, Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Dore, Cohn, Callahan and Peck, JJ.